IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-cr-00298-MHT |
| | ) | (WO) |
| CHRISTOPHER CODY BOLTON | ) | |

**FINAL ORDER OF FORFEITURE**

Before the court is the government's motion for a final order of forfeiture (Doc. 53) filed on August 29, 2024.

On February 22, 2024, this court entered a preliminary order of forfeiture (Doc. 26) ordering the defendant to forfeit his interest in a Savage, Stevens Model 94H, 20-gauge shotgun, bearing serial number A404135; a Marlin, 25MN, .22 caliber rifle, bearing serial number 12712089; and ammunition.*

Notice of this forfeiture, and of the government's intent to dispose of the property in accordance with the law as specified in the preliminary order of forfeiture, and further notifying all third parties of their right to petition the court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property, was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, as required by 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure. (Doc. 30). On February 28, 2024, notice of this forfeiture was served on Delmar Hall. *See* Process Receipt and Return (Doc. 27).

No petitions of interest have been filed, and the time to do so has expired. Therefore, any third-party interests are barred for failure to file a timely petition.

---

\* Although it was mentioned in the preliminary order of forfeiture, the government does not now seek final forfeiture of ammunition.

The court finds that the defendant has an interest in the property that is subject to forfeiture pursuant 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), and that the government has established the requisite nexus between the property and such offenses in violation of 18 U.S.C. § 922(g)(1).

Accordingly, it is hereby ORDERED that the government's motion for a final order of forfeiture (Doc. 53) is granted as follows:

1. The following property is hereby forfeited to the United States pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c): **a Savage, Stevens Model 94H, 20-gauge shotgun, bearing serial number A404135, and a Marlin, 25MN, .22 caliber rifle, bearing serial number 12712089.**

2. All right, title and interest to the property described above is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in the case for the purpose of enforcing this order.

4. The clerk of the court shall forward a certified copy of this order to the United States Attorney's Office.

DONE, this the 3rd day of September, 2024.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE