IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )       CRIMINAL ACTION NO.
     v.                     )          2:23cr298-MHT
                            )              (WO)
CHRISTOPHER CODY BOLTON     )
```

ORDER

It is ORDERED that:

(1) An in-person hearing is set for July 30, 2026, at 2:00 p.m., on defendant Christopher Cody Bolton's motion for early termination of supervised release (Doc. 65).  All counsel, defendant Bolton, and his supervising probation officer are to be present.

(2) Government counsel and the Probation Department are to file responses to the motion by July 27, 2026.

DONE, this the 14th day of July, 2026.

_/s/ Myron H. Thompson_
UNITED STATES DISTRICT JUDGE